IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY CO. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-3940 |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, et al. | : | |

**ORDER**

**AND NOW**, this 4th day of October 2022, upon consideration of briefing by the parties (Dkt. 21-3940, Docs. 25, 26, 27, 28), it is hereby **ORDERED** that Defendants' Motions for Summary Judgment are, as set out in the attached Memorandum Opinion, **DENIED**.

BY THE COURT:

/s/ David. R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE